IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 5:25-cr-366-CH-1 |
| v. | : | VIOLATIONS: |
| **DARYL F. HELLER** | : | 15 U.S.C. §78j(b), 78ff, and 17C.F.R § 240.10b-5 (securities fraud – 1 count) 18 U.S.C. § 1343 (wire fraud – 4 counts) Notice of forfeiture |

### MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER D. ADAMS, ESQUIRE

I, Daniella Gordon, Esquire, undersigned counsel for Daryl Heller ("Heller"), hereby move that Christopher D. Adams, Esquire be admitted to appear and practice in this Honorable Court as counsel *pro hac vice* for Daryl Heller in the above-captioned matter pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know that Christopher D. Adams, Esquire is a member in good standing of the below referenced state and federal courts and that the applicant's private and personal character is good.

1. The undersigned is a member of the firm of McCarter & English, LLP, and admitted to practice and in good standing before the United States District Court for the Eastern District of Pennsylvania.

2. Christopher D. Adams, Esquire is an attorney with the firm of McCarter & English, LLP, with an office at Four Gateway Center, 100 Mulberry Street, Newark, New Jersey. His email address is cadams@mccarter.com.

3. Mr. Adams is a member in good standing of the bar of the State of New Jersey. In addition, Mr. Adams is a member in good standing of the bar of the United States District

Court for the District of New Jersey. In fact, Mr. Adams has been a member of the Criminal Justice Act Panel in the District of New Jersey for nearly 20 years. The verified Application for Admission Pro Hac Vice of Christopher D. Adams, Esquire, is attached hereto as **Exhibit A.**

4. Mr. Adams has never been disbarred, suspended, or disciplined by any court.

5. Mr. Adams has extensive experience in representing individuals and entities facing criminal prosecution in state and federal courts throughout the country. Further, Mr. Adams represents Mr. Heller in the matter at issue in this litigation and has specialized skill and knowledge with respect to the issues in this lawsuit.

6. Mr. Heller requests that Mr. Adams be admitted to appear on his behalf in this lawsuit.

7. In support of this motion, the undersigned attaches the verified Application for Admission Pro Hac Vice of Christopher D. Adams, Esquire, which, it is averred, satisfied the requirements of the foregoing Local Rules.

8. The efficient administration, prosecution and resolution of this case will be materially advanced by the admission *pro hac vice* of Mr. Adams.

DATED: September 3, 2025

Respectfully submitted,

_____
Daniella Gordon, Esq.
**MCCARTER & ENGLISH, LLP**
1600 Market Street, Suite 3900
Philadelphia, PA 19103
Phone (215) 979-3800
Fax (215) 979-3899
dgordon@mccarter.com

Attorneys for Daryl Heller