IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 5:25-cr-366-CH-1 |
| : | |
| v. : | VIOLATIONS: |
| : | |
| **DARYL F. HELLER** : | 15 U.S.C. §78j(b), 78ff, and 17C.F.R |
| : | § 240.10b-5 (securities fraud – 1 count) |
| | 18 U.S.C. § 1343 (wire fraud – 4 counts) |
| | Notice of forfeiture |

### APPLICATION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER D. ADAMS, ESQUIRE

I, Christopher D. Adams, Esquire, the undersigned, am an attorney who is not currently admitted to either the bar of this Court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am paying for the $75.00 admission fee by credit card with the electronic filing of this application.

I, Christopher D. Adams, Esquire, being duly sworn, do hereby depose and say as follows:

1. I am a Partner with the law firm of McCarter & English, LLP.

2. My business address is Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102.

3. I state that I am currently admitted to practice in the State of New Jersey (admitted May 24, 1999). Certificate of Good Standing have been requested and will be forthcoming under separate cover once provided by the Court.

ME1\57596644.v1

-2-

4.  I state that I am currently admitted to practice in the United States District Court for New Jersey (admitted June 1, 1999). Certificate of Good Standing have been requested and will be forthcoming under separate cover once provided by the Court.

5.  I have previously been admitted *pro hac vice* by Judge Hodge in the Eastern District of Pennsylvania on July 1, 2025 on a related matter, for which certificates of good standing were provided.

6.  I state that I am presently a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this Court uprightly and according to law, and that I will support and defend the Constitution of the United States.

7.  I am entering my appearance on behalf of Daryl Heller ("Heller").

8.  I have not been the subject of any disciplinary proceedings concerning my practice of law by the disciplinary authority of any bar of any state or any United States Court and have never been suspended from the practice of law in any jurisdiction.

9.  I attest that I will become a registered user of ECF in the United States District Court for the Eastern District of Pennsylvania.

10. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Eastern District of Pennsylvania and the most recent edition of the Pennsylvania Rules of Professional Conduct and agree to be bound by both sets of Rules for the duration of this matter.

11. If granted *pro hac vice* admission, I will in good faith continue to advise moving counsel of the current status of the case and of all material developments therein.

12. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

ME1\57596644.v1

-3-

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

_____
Christopher D. Adams, Esq.

Sworn and subscribed to before
me, a Notary Public, on this:

__3__ day of September, 2025.

_____
Notary Public

MAMI WAKIMOTO
NOTARY PUBLIC OF NEW JERSEY
Commission # 2337712
My Commission Expires 12/6/2025

ME1\57596644.v1