IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : : : : | **CRIMINAL NO. 5:25-cr-366-CH-1** |
| **v.** | : : | **VIOLATIONS:** |
| **DARYL F. HELLER** | : : : | 15 U.S.C. §78j(b), 78ff, and 17C.F.R § 240.10b-5 (securities fraud – 1 count) 18 U.S.C. § 1343 (wire fraud – 4 counts) Notice of forfeiture |

## ORDER

**AND NOW**, this ____ day of _____, 2025, upon consideration of the Motion for Admission *Pro Hac Vice* of Christopher D. Adams, Esquire, pursuant to Local Rule of Civil Procedure 83.5.2(b) of this Court,

It is hereby **ORDERED** that the Motion is **GRANTED**; and

It is further **ORDERED** that Christopher D. Adams, Esquire may appear in this action as counsel *pro hac vice* for Daryl Heller.

**BY THE COURT:**

_____
Honorable Catherine Henry, U.S.D.J.

ME1\57596906.v1