**CERTIFICATE OF SERVICE**

    I certify that on this 3rd day of September, 2025, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Christopher D. Adams, Esquire, accompanying Application and the relevant proposed Order, were served upon the following via the Court's CM/ECF system:

    David Metcalf
    Assistant United States Attorney

                                                                     Daniella Gordon, Esquire