IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARYL F. HELLER<br>USM # 23129-506 | CRIMINAL ACTION<br>NO. 25-366 |

### NOTICE OF HEARING

Take notice that the defendant is scheduled for JURY SELECTION and TRIAL on Monday, November 10, 2025, at 9:30 a.m. before the **Honorable Catherine Henry** in Courtroom TBD of the Byrne Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Trial will resume the following day in Easton, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A          interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:    Tanya L. Allender
       Courtroom Deputy to Judge Catherine Henry
       610.333.1836

Date:  9/22/2025

cc via U.S. Mail:    Defendant
cc via email:        Defense Counsel Daniella Gordon
                     Assistant U.S. Attorney Francis Weber
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator