# U.S. District Court

## Pennsylvania Eastern - Philadelphia

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Oct 8, 2025 10:06AM

DARYL HELLER

| Rcpt. No: 20032746 | | Trans. Date: Oct 8, 2025 10:06AM | | | Cashier ID: #MR (6869) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 801 | Passports/Visa/Other Docs | DPAE525CR000366  /001<br>DARYL HELLER | 1 | 0.00 | 0.00 |

| CD | Tender | Amt |
|---|---|---|
| NC | No Check/Cash | $0.00 |
| | Total Due Prior to Payment: | $0.00 |
| | Total Tendered: | $0.00 |
| | Total Cash Received: | $0.00 |

**RECEIPT AMENDED** by staff #2387
**AMENDMENT VERIFIED** by staff #2387 10/8/2025 10:14 AM
**Correction Reason:** 99) Other PASSPORT

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.