

Daniella Gordon
Partner

T. 215-979-3812
F. 973-624-7070

dgordon@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

www.mccarter.com

December 8, 2025

VIA ECF

Honorable Catherine Henry, U.S.D.J
U.S. District Court for the Eastern District of PA
U.S. District Courthouse
601 Market Street, Chambers Room 5118
Philadelphia, PA  19106

    **Re:**    **United States v. Heller**
            **Docket No. 5:25-cr-366-CH-1**

Dear Judge Henry:

We submit this correspondence on behalf of Daryl Heller.  The Court requested that the parties submit their positions with respect to any further redaction of transcripts from proceedings in this matter dated September 4, and 5, 2025.

Upon review, the transcript dated September 4, 2025 refers to a sealed discussion on page 8, l. 2-3, which remains untranscribed.  Similarly, the transcript dated September 5, 2025 refers to a sealed discussion on page 40, l. 25, which remains untranscribed.

It is Mr. Heller's position that those portions of the transcript should remain permanently sealed.  As the transcripts stand, there is no need for further redaction, given that these portions of the hearings have not been transcribed and are not in the record.

Respectfully,

Daniella Gordon

ME1\59281550.v1