IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARYL F. HELLER<br>USM # 23129-506 | CRIMINAL ACTION<br>NO. 25-366 |

## NOTICE OF HEARING

    Take notice that the defendant is scheduled for JURY SELECTION on Thursday, **September 10, 2026**, at 9:30 a.m. before the **Honorable Catherine Henry** in Courtroom TBA of the Byrne Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Trial will resume in Easton, Pennsylvania on Monday, **September 14, 2026**.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** April 13, 2026

For additional information, please contact the undersigned.

By:    Tanya L. Allender
        Courtroom Deputy to Judge Catherine Henry
        610.333.1836

Date:  2/19/2026

| | |
|---|---|
| cc via U.S. Mail: | Defendant |
| cc via email: | Defense Counsel Daniella Gordon |
| | Assistant U.S. Attorney Francis Weber |
| | U.S. Marshal |
| | Court Security |
| | Probation Office |
| | Pretrial Services |
| | Interpreter Coordinator |