IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 25-366 |
| | : | |
| DARYL F. HELLER | : | |

**O R D E R**

**AND NOW**, this 19th day of February, 2026, the Court being advised that the defense needs additional time to effectively prepare the above-captioned matter for trial, and Government having no objection to the defendant's motion for continuance of trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to 18 U.S.C. § 3161(h)(7)(A) it is hereby **ORDERED** that the defendant's motion for continuance of trial is **GRANTED**, and that the trial of this matter **SHALL** commence with jury selection on Thursday, September 10, 2026, at 9:30 a.m. in Philadelphia. Trial shall resume in Easton on Monday, September 14, 2026.

**IT IS FURTHER ORDERED** that pretrial motions shall be filed on or before Monday, July 13, 2026.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**