**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA**

**v.**

**DARYL F. HELLER**
**USM # 23129-506**

**CRIMINAL ACTION**
**NO. 25-366**

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for a CHANGE OF PLEA HEARING on Monday, August 10, 2026, at 11:00 a.m. before the **Honorable Catherine Henry** in Courtroom TBD of the Byrne Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:        Tanya L. Allender
           Courtroom Deputy to Judge Catherine Henry
           610.333.1836

Date:   7/20/2026

cc:        Defendant (through counsel)
           Defense Counsel
           U.S. Attorney's Office
           U.S. Marshal
           Court Security
           Probation Office
           Pretrial Services
           Interpreter Coordinator