**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DARYL F. HELLER**<br>**USM # 23129-506** | **CRIMINAL ACTION**<br>**NO. 25-366** |

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for a SENTENCING HEARING on Tuesday, December 1, 2026, at 10:30 a.m. before the **Honorable Catherine Henry** in Courtroom TBD of the Byrne Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: Tanya L. Allender
Courtroom Deputy to Judge Catherine Henry
610.333.1836

Date: 8/20/2026

cc: Defendant (through counsel)
Defense Counsel
U.S. Attorney's Office
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator