**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DARYL F. HELLER** | **CRIMINAL ACTION**<br><br>**No. 25-0366** |

**ORDER**

**AND NOW**, this 25th day of August, 2026, upon a sealed evidentiary motion by the defendant and the government's opposition thereto, it is hereby **ORDERED**:

1. The defendant's motion (ECF 38) is **DENIED**.
2. The defendant's motions to seal that motion together with its briefing (ECF 39, 43) and the government's motion to seal its own briefing in opposition (ECF 41) are **GRANTED**. The Clerk is **DIRECTED** to **SEAL** the filings at ECF 38, 39, 40, 41, 42, and 43 (as they are now).

**FURTHERMORE**, upon the Court's acceptance of a guilty plea agreement, it is hereby **ORDERED** that the presently scheduled sentencing hearing will be moved to **January 11, 2027, at 10:30 a.m.** A hearing on the losses pertinent to sentencing will be held on **December 1, 2026 at 10:30 a.m.** at the Byrne United States Courthouse in Philadelphia. The parties **SHALL FILE** briefing and all exhibits by **November 13, 2026**. If a party intends to call witnesses at the hearing, it shall also file a list of witnesses and brief descriptions of the witnesses' expected testimony by **November 13, 2026**. The parties may file opposition briefing by **November 20, 2026** of no more than 8 pages.

**BY THE COURT:**

s/ Catherine Henry
**CATHERINE HENRY, J.**