**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NUMBER 25-366** |
| **V.** | |
| **DARYL F. HELLER** | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that undersigned counsel Daniella Gordon, Esq. and Christopher D. Adams, Esq. (*phv*) and McCarter & English, LLP (collectively "Counsel") will and hereby move this Court before the Honorable Catherine Henry, U.S.D.J., at the United States District Court for the Eastern District of Pennsylvania, Byrne Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, on a date and time to be determined by the Court, for an Order:

1. Granting leave to withdraw as Counsel for Defendant Daryl F. Heller; and
2. Appointing substitute counsel for Defendant under the Criminal Justice Act, if the Court deems such appointment appropriate.

**PLEASE TAKE FURTHER NOTICE** that the Certification of Christopher D. Adams, Esq., is submitted in support of this motion; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is attached hereto.

Dated: August 28, 2026

Respectfully submitted,

By: *s/ Christopher D. Adams (phv)*

Christopher D. Adams, Esq.
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone (973) 622-4444
cadams@mccarter.com



ME1\62623882.v1