**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**V.**<br><br>**DARYL F. HELLER** | **CRIMINAL NUMBER 25-366**<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been brought to the Court by McCarter & English, LLP, through Christopher D. Adams, Esq., attorney for defendant, Daryl F. Heller, for an Order permitting McCarter & English, LLP, and Christopher D. Adams, to withdraw as counsel; and the Court having considered the submissions of counsel; and the Court having considered that the government takes no position on the request to be relieved; and for good cause shown,

**IT IS** on this this ______ day of __________ 2026, hereby

**ORDERED** that the Motion to Withdraw as Defendant's Counsel is **GRANTED**.

______________________________
Hon. Catherine Henry, U.S.D.J.