**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DARYL F. HELLER** | **CRIMINAL ACTION**<br><br>**No. 25-0366** |

**NOTICE OF TELEPHONE CONFERENCE**

A telephone conference in the above matter is scheduled for **Wednesday, September 16, 2026, at 12:30 p.m.** before the Honorable Catherine Henry. This conference may be reached by dialing 855-244-8681, and using access code 2301 435 4487.

*s/ Tanya L. Allender*
**TANYA L. ALLENDER**
Courtroom Deputy to the
Honorable Catherine Henry

Date of Notice: 9/14/2026
Copies sent via ECF notification.