**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 25-366** |
| **DARYL F. HELLER** | : | |

**IN RE: FORFEITURE OF PROPERTIES IN CHAUTAUQUA COUNTY, KANSAS**
**112-10-0-00-00-001.01-0**
**021-12-0-00-00-011.00-0**
**026-13-0-00-00-001.00-0**
**026-13-0-00-00-001.03-0**
**026-13-0-00-00-001.02-0**
**026-14-0-00-00-001.00-0**
**026-23-0-00-00-001.00-0**
**026-24-0-00-00-002.00-0**

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by filing of an Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

In the pending criminal proceeding, there is probable cause to believe that the real properties listed below, would in the event of conviction, be subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as proceeds of the violation of Title 15, United States Code, Sections 78j(b) and 78ff; and Title 17, Code of Federal Regulations, Section 240.l0b-5, or as a substitute asset pursuant to it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p).

The properties to be forfeited by reason of the foregoing, and to which this Lis Pendens refers, are recorded in the Register of Deeds of Chautauqua County, as owned by Accordo LP. The properties are identified by the following parcel numbers and corresponding book and page numbers:

| **Chautauqua County Parcel No.** | **Location** | **Book** | **Page** |
|---|---|---|---|
| 112-10-0-00-00-001.01-0 | Elk City, KS 67344 | 190 | 688 |
| 021-12-0-00-00-011.00-0 | Elk City, KS 67344 | 192 | 85 |
| 026-13-0-00-00-001.00-0 | Elk City, KS 67344 | 192 | 85 |
| 026-13-0-00-00-001.03-0 | Elk City, KS 67344 | 192 | 85 |
| 026-13-0-00-00-001.02-0 | Elk City, KS 67344 | 192 | 85 |
| 026-14-0-00-00-001.00-0 | Longton, KS 67352 | 192 | 131 |
| 026-23-0-00-00-001.00-0 | Longton, KS 67352 | 192 | 131 |
| 026-24-0-00-00-002.00-0 | Elk City, KS 67344 | 192 | 131 |

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

DAVID METCALF
United States Attorney

*s/J. Andrew Jenemann*
FRANCIS A. WEBER
J. ANDREW JENEMANN
Assistant United States Attorney

Date: October 7, 2026